Yim Bing-Kwong

494 Madrid Street
San Francisco, CA 94112

415/640-0744

Pro Se

IT IS SO ORDERED

Judge James Larson

FILED
FEB 25 A 10: 23
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| _____ Yim-Bing Kwong _____, <br><br> Plaintiff, <br><br> vs. <br><br> City & County of San Francisco _____, <br><br> Defendant | Case Number: CV 10-4860 _____ <br><br> **MOTION** <br> **TO CONTINUE CASE MANAGEMENT** <br> **CONFERENCE** <br><br> Judge  James Larson _____ |

I respectfully ask the Court to continue the case management conference, currently scheduled for April 6, 2011, for 120 days or as long as the Court sees fit.

In support of this request, I declare as follows:

1.    I am the Plaintiff in the above-titled matter.

2.    I am not an attorney and am representing myself pro se.

3.    I attempted to serve Defendant but I mistakenly served Defendant at the incorrect address.  I need more time to serve the Defendant which I intend to do by February 25, 2011

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____ 2-25-11 _____    Signature: _Yim Bing Kwong_

Printed name: _____ Yim-Bing Kwong _____
                              Pro Se

The Case Management Conference continued to August 3, 2011 at 10:30 a.m.

MOTION TO CONTINUE CASE MANAGMENT CONFERENCE,
CASE NO. CV 10-4860