IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YIM BING KWONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS,<br><br>　　　　Defendant. | Case No.  C 10-04860 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　The Court is in receipt of Plaintiff's motion to continue the Case Management Conference currently scheduled for October 12, 2011.  For good cause appearing, the Court grants Plaintiff's motion and continues the Case Management Conference to Wednesday, November 16, 2011 at 10:00 a.m. before Judge Cousins in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management conference statement shall be filed no later than Wednesday, November 9, 2011.

**IT IS SO ORDERED.**

Dated: September 28, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge