UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIM BING KWONG,<br>    Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS,<br>    Defendant. | Case Number: 10-cv-04860 NC<br><br>ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT |

The Plaintiff having requested and being in need of counsel to assist her in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Plaintiff Yim Bing Kwong shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division, one copy of the court file with a notice of referral of the case pursuant to the Guidelines of the Project for referral to a volunteer attorney. The scope of this referral shall be for:

   ☐ all purposes for the duration of the case

   ☒ the limited purpose of representing the litigant in the course of
   
   ☐ mediation
   
   ☐ early neutral evaluation
   
   ☒ settlement conference
   
   ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):
   
   _____
   
   _____
   
   ☐ discovery as follows:
   
   _____
   
   _____

EXHIBIT A TO FEDERAL PRO BONO PROJECT GUIDELINES

☐ other: _____
_____

2. Upon being notified by the Project that an attorney has been located to represent the Plaintiff, that attorney shall be appointed as counsel for Plaintiff Yim Bing Kwong in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

IT IS SO ORDERED.

Dated: November 21, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

EXHIBIT A TO FEDERAL PRO BONO PROJECT GUIDELINES