**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| YIM BING KWONG, | No. 3:10-cv-4860 NC (NJV) |
| Plaintiffs, | ORDER VACATING SCHEDULING CONFERENCE |
| CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, | |
| Defendant. | |

Due to Plaintiff's unavailability, the telephonic scheduling conference set for December 6, 2011, is HEREBY VACATED. The parties shall contact the courtroom deputy no later than December 20, 2011, to reset the scheduling conference.

Dated:  December 2, 2011

_____
Nandor J. Vadas
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

YIM BING KWONG,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS,

    Defendant.

No.3:10-cv-4860 NC (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 2, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Yim Bing Kwong
494 Madrid Street
San Francisco, CA 94112

Dated: December 2, 2011

                 /s/ *Linn Van Meter*
                 Linn Van Meter
                 Administrative Law Clerk to the
                 Honorable Nandor J. Vadas