UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YIM BING KWONG,<br><br>   Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS,<br><br>   Defendant. | Case No. 10-cv-04860 NC<br><br>ORDER APPOINTING COUNSEL |

  Because Plaintiff Yim Bing Kwong has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Rees F. Morgan of Coblentz, Patch, Duffy & Bass LLP is hereby appointed as counsel for Plaintiff Yim Bing Kwong in this matter.

  The scope of this referral shall be for:

   ☐ all purposes for the duration of the case

   ☒ the limited purpose of representing the litigant in the course of

     ☐ mediation

     ☐ early neutral evaluation

     ☒ settlement conference

     ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

     ☐ discovery as follows:

     ☐ other:

IT IS SO ORDERED.

Dated: December 9, 2011

_____
Nathanael M. Cousins
United States Magistrate Judge