FREDERICK S. FIELDS (State Bar No. 36354)
REES F. MORGAN (State Bar No. 229899)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:    ef-fsf@cpdb.com,
          ef-rfm@cpdb.com

Attorneys for Plaintiff YIM BING KWONG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| YIM BING KWONG, <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, <br><br> Defendant. | Case No. CV-10-04860 NC <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF SETTLEMENT CONFERENCE DATE** <br><br> Action Filed:  October 27, 2010 <br> Trial Date:       None Set |

WHEREAS, on December 9, 2011, the law firm of Coblentz, Patch, Duffy & Bass, LLP was appointed by the Honorable Nathanael Cousins for the limited scope representation of Yim Bing Kwong for purposes of the settlement conference in the above-referenced matter currently scheduled for January 6, 2012;

WHEREAS, counsel for Plaintiff, Rees F. Morgan has not had adequate time to prepare his client for the settlement conference;

WHEREAS, all counsel of record are available to attend a settlement conference on March 1, 2012 at 11:00 a.m. before Magistrate Judge Nandor J. Vadas, Department F, 15th Floor, San Francisco, California, a date and time provided by Judge Vadas;

THEREFORE, the parties stipulate and agree that the settlement conference currently scheduled for January 6, 2012 at 1:00 p.m. before Magistrate Judge Vadas in Department 17, 16th Floor, San Francisco, California may be moved at the Court's convenience to March 1, 2012

1  at 11:00 a.m. before Magistrate Judge Nandor J. Vadas, Department ~~F~~ E, 15th Floor, San Francisco,

2  California.

3  DATED: December 20, 2011            COBLENTZ, PATCH, DUFFY & BASS LLP

5                                       By: /s/ Rees F. Morgan
6                                            Rees F. Morgan
                                             Attorneys for Plaintiff YIM BING KWONG
7  DATED: December 20, 2011            CITY AND COUNTY OF SAN FRANCISCO
8                                       DEPARTMENT OF PUBLIC WORKS

10                                      By: /s/ Jonathan C. Rolnick
11                                           Jonathan C. Rolnick
                                             Attorneys for Defendant CITY AND COUNTY
12                                           OF SAN FRANCISCO DEPARTMENT OF
                                             PUBLIC WORKS
13

14      IT IS SO ORDERED.

17  Dated: December 20, 2011

18                                      MAGISTRATE JUDGE NATHANAEL COUSINS
                                        United States



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

14429.016 1944210v1                          2                              CV-10-04860 NC
**STIPULATION AND [~~PROPOSED~~] ORDER RE: CONTINUANCE OF SETTLEMENT CONFERENCE DATE**