FREDERICK S. FIELDS (State Bar No. 36354)
REES F. MORGAN (State Bar No. 229899)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:    ef-fsf@cpdb.com,
          ef-rfm@cpdb.com

Attorneys for Plaintiff YIM BING KWONG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| YIM BING KWONG,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS,<br><br>    Defendant. | Case No. CV-10-04860 NC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF SETTLEMENT CONFERENCE DATE**<br><br>Action Filed:  October 27, 2010<br>Trial Date:    None Set |

WHEREAS, on December 9, 2011, the law firm of Coblentz, Patch, Duffy & Bass, LLP was appointed by the Honorable Nathanael Cousins for the limited scope representation of Yim Bing Kwong for purposes of the settlement conference in the above-referenced matter currently scheduled for January 6, 2012;

WHEREAS, counsel for Plaintiff, Rees F. Morgan has not had adequate time to prepare his client for the settlement conference;

WHEREAS, all counsel of record are available to attend a settlement conference on March 1, 2012 at 11:00 a.m. before Magistrate Judge Nandor J. Vadas, Department F, 15th Floor, San Francisco, California, a date and time provided by Judge Vadas;

THEREFORE, the parties stipulate and agree that the settlement conference currently scheduled for January 6, 2012 at 1:00 p.m. before Magistrate Judge Vadas in Department 17, 16th Floor, San Francisco, California may be moved at the Court's convenience to March 1, 2012

**E**

1  at 11:00 a.m. before Magistrate Judge Nandor J. Vadas, Department ~~F~~, 15th Floor, San Francisco,
2  California.
3  DATED: December 20, 2011                COBLENTZ, PATCH, DUFFY & BASS LLP

By:  /s/ Rees F. Morgan
     Rees F. Morgan
     Attorneys for Plaintiff YIM BING KWONG

DATED: December 20, 2011                CITY AND COUNTY OF SAN FRANCISCO
                                        DEPARTMENT OF PUBLIC WORKS

By:  /s/ Jonathan C. Rolnick
     Jonathan C. Rolnick
     Attorneys for Defendant CITY AND COUNTY
     OF SAN FRANCISCO DEPARTMENT OF
     PUBLIC WORKS

IT IS SO ORDERED.

Dated:  December 20, 2011

MAGISTRATE JUDGE NATHANAEL COUSINS
United States

*IT IS SO ORDERED AS MODIFIED*
*Judge Nathanael M. Cousins*

14429.016 1944210v1                          2                          CV-10-04860 NC
**STIPULATION AND [~~PROPOSED~~] ORDER RE: CONTINUANCE OF SETTLEMENT CONFERENCE DATE**