REES F. MORGAN (State Bar No. 229899)
KATHARINE T. VAN DUSEN (State Bar No. 276021)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:
     rmorgan@coblentzlaw.com
     ef-ktv@cpdb.com

Attorneys for PLAINTIFF YIM BING KWONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| YIM BING KWONG,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS,<br><br>        Defendant. | Case No. 10-cv-04860 NC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER OF DISMISSAL**<br><br>Action Filed:  October 27, 2010<br>Trial Date:      None Set |

    WHEREAS, the parties have entered into a Settlement Agreement covering all claims at issue in the above-captioned action;

    WHEREAS, pursuant to the terms of the Settlement Agreement, the parties have now agreed that this action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2);

    WHEREAS, the parties agree and request that the Court retain jurisdiction over this action to enforce the terms of the parties' Settlement Agreement;

///

///

///

14429.016 2192238v1
1

NOW THEREFORE, Plaintiff Yim Bing Kwong and Defendant City and County of San Francisco Department of Public Works, by and through their respective counsel, stipulate and request that the Court order the above-captioned action dismissed <u>with</u> prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), with the Court to retain jurisdiction over the action to enforce the terms of the parties' Settlement Agreement.

DATED: October 31, 2012         COBLENTZ, PATCH, DUFFY & BASS LLP

By: /s/ Katharine T. Van Dusen
Katharine T. Van Dusen[*]
Attorneys for Plaintiff YIM BING KWONG

DATED: November 2, 2012         CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF PUBLIC WORKS

By: /s/ Andrew Gschwind
Andrew Gschwind
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: November 5, 2012



MAGISTRATE JUDGE NATHANAEL COUSINS
United States

[*] I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

14429.016 2192238v1                      2